IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-00286-CMA-KMT

MARY NAZZISE,

    Plaintiff,

v.

MARK ROBERTS, and
DELL PEOPLES, *d/b/a* Delco Services,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court on the parties' Stipulation for Dismissal (Doc. #23). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: November 28, 2017

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge